Laurence Stinson
Scott Stinson
STINSON LAW GROUP, P.C.
421 Mendenhall Street
Bozeman, Montana 59715
T: 406.587.2179
F: 406.612.4016
E: laurence@stinsonlawyers.com

Hertha Lund
LUND LAW, PLLC
626 S. Ferguson Avenue
Bozeman, Montana 59718
T: 406.586.6254
E:  lund@lund-law.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| ALAN ALEXANDER and BECKY CAROLLO, personal representatives of the Estate of Leslie Alexander, and ALAN ALEXANDER, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CRST THE TRANSPORTATION SOLUTION, INC.; CRST THE TRANSPORTATION SOLUTION d/b/a CRST; CRST INTERNATIONAL, INC. d/b/a CRST; CRST SPECIALIZED TRANSPORTATION, INC.; CRST LINCOLN SALES, INC.; CRST EXPEDITED, INC.; ANDRE TROY PURLETT; AND XYZ Companies or Corporations 1-10; John or Jane Does, 1-10.<br><br>Defendants. | Civil Action No. CV-23-00026-BMM<br><br><br><br>**PLAINTIFFS' NOTICE RE: SETTLEMENT** |

**COME NOW**, Plaintiffs, by and through counsel, and pursuant to an agreement with Defendants, hereby provide Notice that a second mediation in this matter was conducted on October 24, 2024, in Missoula, Montana. The second mediation resulted in a settlement agreement between the parties which is contingent upon resolution of two pending matters. However, all parties think it likely the contingencies will be resolved and total settlement completed at which time the Court will be so notified.

**DATED** this 28th day of October 2024.

By: */s/Laurence W. Stinson*
Laurence Stinson
STINSON LAW GROUP, P.C.
*Attorneys for Plaintiffs*