# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| ALAN ALEXANDER and BECKY CAROLLO, personal representatives of the Estate of Leslie Alexander, and ALAN ALEXANDER, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> CRST THE TRANSPORTATION SOLUTION, INC.; et al,. <br><br> Defendants. | Civil Action No. CV-23-00026-BMM <br><br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

THIS MATTTER having come before the Court upon the *Stipulated Motion* of the Parties, by and through their respective attorneys, that this matter should be dismissed with prejudice, and good cause having been shown; IT IS HEREBY ORDERED that the Plaintiffs' claims and lawsuit against Defendants should be and hereby are dismissed with prejudice, with each party to bear their own fees costs.

DATED this 5th day of February 2025.

_____
Brian Morris, Chief District Judge
United States District Courts